IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-40927
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

LEODADIO CHAVEZ-ARAUJO,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-01-151-ALL
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:*

     Leodadio Chavez-Araujo (Chavez) argues that the evidence is
insufficient to support his conviction for conspiracy to possess
and possession with intent to distribute more than 100 kilograms
of marijuana.  We review Chavez's argument for plain error
because he did not renew his motion for judgment of acquittal at
the close of the evidence.  United States v. Pierre, 958 F.2d
1304, 1310 (5th Cir. 1992)(en banc).

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Chavez was arrested at the border checkpoint in Laredo, Texas, after authorities searched his tractor-trailer and discovered approximately 1134 pounds of marijuana hidden underneath pallets of bottled water.  Based on the quantity of marijuana and the manner in which it was hidden in the trailer, we find no plain error in the jury's verdict.  United States v. Paul, 142 F.3d 836, 839-40 (5th Cir. 1998); United States v. Delagarza-Villarreal, 141 F.3d 133, 139 (5th Cir. 1997).

AFFIRMED.